Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant CarMax Auto Superstores, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN MAYA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-02388-GMN-NJK<br><br>**INDEX OF EXHIBITS** |

| Exhibit | Description |
|---|---|
| A | Declaration of Karen Holt |
| A-1 | 2014 DRRP |
| A-2 | 2022 DRRP |
| A-3 | Plaintiff's Employment Application |
| B | Declaration of Noel M. Hernandez |
| B-1 | Correspondence from CarMax to Plaintiff dated December 13, 2024 |
| B-2 | Correspondence from CarMax to Plaintiff dated December 19, 2024 |
| B-3 | Correspondence from Plaintiff to CarMax dated December 19, 2024 |

| | | |
|---|---|---|
| | B-4 | Correspondence from CarMax to Plaintiff dated December 19, 2024 |
| | B-5 | Correspondence from Plaintiff to CarMax dated December 20, 2024 |
| | B-6 | Correspondence from CarMax to Plaintiff dated December 20, 2024 |