# EXHIBIT B-2

# CORRESPONDENCE FROM CARMAX TO PLAINTIFF DATED DECEMBER 19, 2024

| | |
|---|---|
| **From:** | Hernandez, Noel M. |
| **To:** | Gonzalez, Monica; Jason@rafiilaw.com; Rachel Mariner |
| **Cc:** | Martin, Anthony (Tony) L.; Smith, Myrra L.; Risucci, Vincent M. |
| **Subject:** | RE: Maya v. CarMax Auto Superstores, Inc., Case No. A-24-906019-C - Correspondence re Arbitration [ODNSS-OGL.005870.000534] |
| **Date:** | Thursday, December 19, 2024 2:17:21 PM |
| **Attachments:** | 2024-12-13 Correspondence to OPC re Arbitration with Ex. A & B.pdf |

Good afternoon counsel,

I'm following up on the attached letter and whether you're agreeable to stipulate to arbitration.

Noel

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>
**Sent:** Friday, December 13, 2024 11:57 AM
**To:** Jason@rafiilaw.com; Rachel Mariner <Rachel@rafiilaw.com>
**Cc:** Hernandez, Noel M. <noel.hernandez@ogletreedeakins.com>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>; Smith, Myrra L. <myrra.smith@ogletreedeakins.com>; Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>
**Subject:** Maya v. CarMax Auto Superstores, Inc., Case No. A-24-906019-C - Correspondence re Arbitration [ODNSS-OGL.005870.000534]

Good afternoon.

On behalf of Noel Hernandez, attached please find correspondence regarding the above-referenced matter.  If you have issues accessing the attached, please reach out to us.

Thank you,
Monica

**Monica Gonzalez, LTC4 Technology Certified | Office Administrator/Practice Assistant | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6817
monica.gonzalez@ogletree.com | www.ogletree.com