# EXHIBIT B-3

# CORRESPONDENCE FROM PLAINTIFF TO CARMAX DATED DECEMBER 19, 2024

| | |
|---|---|
| **From:** | Marcus Johnson |
| **To:** | Hernandez, Noel M. |
| **Cc:** | Gonzalez, Monica; Martin, Anthony (Tony) L.; Smith, Myrra L.; Risucci, Vincent M.; Rachel Mariner; carmaxvmaya@rafiilaw.filevineapp.com; NVEMP |
| **Subject:** | MAYA, RUBEN | MAYA v. CARMAX | CORRESPONDENCE RE ARBITRATION |
| **Date:** | Thursday, December 19, 2024 2:21:05 PM |
| **Attachments:** | 24.12.18 MAYA - RESPONSE LETTER RE ARBITRATION.pdf |

**[Caution: Email received from external source]**

Good Afternoon,

Counsel, please find attached correspondence on behalf of Rachel Mariner. Feel free to contact our office should you have any questions.



**Marcus Johnson**
RAFII & ASSOCIATES, P.C.
9100 Wilshire Boulevard, Suite 465E
Beverly Hills, California 90212
Tel: (310) 777-7877
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Web: www.Rafiilaw.com

CONFIDENTIALITY NOTICE: This electronic mail message is being sent by a law firm, and is intended exclusively for the individual or entity to which it is addressed. This message and any attachments enclosed may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this electronic message in error, please notify us immediately by reply email or by telephone at the telephone number above and delete all copies of it.



1120 N. TOWN CENTER DR., SUITE 130
LAS VEGAS, NEVADA 89144
TELEPHONE (725) 245-6056
FACSIMILE  (725) 220-1802

December 19, 2024

*<u>Via US Certified and Electronic Mail</u>*

Noel M. Hernandez
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Noel.hernandez@ogletree.com

**RE: Ruben Maya v. CarMax Auto Superstores, Inc.**

Dear Mr. Noel Hernandez:

    Thank you for your correspondence.

    Plaintiff's counsel's position is that the agreement to arbitrate is unenforceable with respect to the claims Mr. Maya has brought in state court, and that this position is consistent with existing law.

    We understand you will remove; we will not stipulate to arbitration.

    Sincerely yours,

    **RAFII & ASSOCIATES, P.C.**

    Rachel Mariner, Esq.