# EXHIBIT B-6

# CORRESPONDENCE FROM CARMAX TO PLAINTIFF DATED DECEMBER 20, 2024

| | |
|---|---|
| **From:** | Hernandez, Noel M. |
| **To:** | Rachel Mariner; Marcus Johnson |
| **Cc:** | Gonzalez, Monica; Martin, Anthony (Tony) L.; Smith, Myrra L.; Risucci, Vincent M.; carmaxvmaya@rafiilaw.filevineapp.com; NVEMP |
| **Subject:** | RE: MAYA, RUBEN \| MAYA v. CARMAX \| CORRESPONDENCE RE ARBITRATION |
| **Date:** | Friday, December 20, 2024 9:36:27 AM |

Hi Rachel,

Providing this authority will help us understand your refusal to stipulate to arbitration as the only reason you gave was that the arbitration agreement is unenforceable. I'm unclear why, especially because the Nevada District Court recently granted CarMax's motion to compel arbitration, as cited in our letter. I'd like to meet and confer with you before we waste judicial resources and spend the time and expense preparing motions when this can be easily resolved. If you are refusing to provide any authority to support your refusal, please let me know.

Noel

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** Rachel Mariner <Rachel@rafiilaw.com>
**Sent:** Friday, December 20, 2024 4:25 AM
**To:** Hernandez, Noel M. <noel.hernandez@ogletreedeakins.com>; Marcus Johnson <Marcus@rafiilaw.com>
**Cc:** Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>; Smith, Myrra L. <myrra.smith@ogletreedeakins.com>; Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; carmaxvmaya@rafiilaw.filevineapp.com; NVEMP <NVEMP@rafiilaw.com>
**Subject:** Re: MAYA, RUBEN | MAYA v. CARMAX | CORRESPONDENCE RE ARBITRATION

**[Caution: Email received from external source]**

Hi Noel. Why do you ask? I am sure an august employer's firm like yours is well aware of the turning tide with respect to arbitration agreements.



**Rachel Mariner**
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
Web: www.Rafiilaw.com

CONFIDENTIALITY NOTICE: This electronic mail message is being sent by a law firm, and is intended exclusively for the individual or entity to which it is addressed. This message and any

attachments enclosed may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this electronic message in error, please notify us immediately by reply email or by telephone at the telephone number above and delete all copies of it.

---

**From:** Hernandez, Noel M. <noel.hernandez@ogletree.com>
**Date:** Thursday, December 19, 2024 at 18:43
**To:** Marcus Johnson <Marcus@rafiilaw.com>
**Cc:** Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>, Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>, Smith, Myrra L. <myrra.smith@ogletreedeakins.com>, Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>, Rachel Mariner <Rachel@rafiilaw.com>, carmaxvmaya@rafiilaw.filevineapp.com <carmaxvmaya@rafiilaw.filevineapp.com>, NVEMP <NVEMP@rafiilaw.com>
**Subject:** RE: MAYA, RUBEN | MAYA v. CARMAX | CORRESPONDENCE RE ARBITRATION

Hi Rachel,

I am writing to acknowledge receipt of your letter refusing to stipulate to arbitration. To better understand your position, could you please provide the case law that supports your assertion that the arbitration agreement is unenforceable? I am happy to review any relevant authorities you can provide before filing our motion to compel arbitration and stay.

Noel

**Noel M. Hernandez | Ogletree Deakins**
10801 W. Charleston Blvd. Suite 500 | Las Vegas, NV 89135 | Telephone: 702-369-6802
noel.hernandez@ogletree.com | www.ogletree.com | Bio

---

**From:** Marcus Johnson <Marcus@rafiilaw.com>
**Sent:** Thursday, December 19, 2024 2:20 PM
**To:** Hernandez, Noel M. <noel.hernandez@ogletreedeakins.com>
**Cc:** Gonzalez, Monica <monica.gonzalez@ogletreedeakins.com>; Martin, Anthony (Tony) L. <anthony.martin@ogletreedeakins.com>; Smith, Myrra L. <myrra.smith@ogletreedeakins.com>; Risucci, Vincent M. <vincent.risucci@ogletreedeakins.com>; Rachel Mariner <Rachel@rafiilaw.com>; carmaxvmaya@rafiilaw.filevineapp.com; NVEMP <NVEMP@rafiilaw.com>
**Subject:** MAYA, RUBEN | MAYA v. CARMAX | CORRESPONDENCE RE ARBITRATION

**[Caution: Email received from external source]**

---

Good Afternoon,

Counsel, please find attached correspondence on behalf of Rachel Mariner. Feel free to

contact our office should you have any questions.



**Marcus Johnson**
RAFII & ASSOCIATES, P.C.
9100 Wilshire Boulevard, Suite 465E
Beverly Hills, California 90212
Tel: (310) 777-7877
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Web: www.Rafiilaw.com

CONFIDENTIALITY NOTICE: This electronic mail message is being sent by a law firm, and is intended exclusively for the individual or entity to which it is addressed. This message and any attachments enclosed may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this electronic message in error, please notify us immediately by reply email or by telephone at the telephone number above and delete all copies of it.


*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*