Rachel Mariner, NV Bar No. 16728
Jason Kuller, NV Bar No. 12244
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
rachel@rafiilaw.com
jason@rafiilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RUBEN MAYA,

       Plaintiff,

  v.

CARMAX AUTO SUPERSTORES, INC.,

       Defendants.

Case No.: 2:24−cv−02388−GMN−NJK

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND PARTIES' POSITION STATEMENT ON LOCAL RULE 16-6.**

    Plaintiff RUBEN MAYA and Defendant CARMAX AUTO SUPERSTORES, INC. by and through their undersigned counsel, hereby agree and stipulate as follows:

    **WHEREAS**, on December 27, 2024, Defendant filed a Motion Compel Arbitration, Stay Proceedings Pending Arbitration, and Award Defendant's Attorney's Fees/Costs (ECF No. 6);

    **WHEREAS**, Plaintiff's response is currently due on January 10, 2025, and Defendant's reply is currently due on January 24, 2025;

    **WHEREAS**, the Parties have conferred and agree that a brief extension to Plaintiff's response and Defendant's reply deadlines will ensure the parties have sufficient time to analyze and brief the issues for the Court without unduly delaying the resolution of the motion.

    **THEREFORE**, subject to the approval of the Court, the Parties hereby agree and stipulate that:

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE**

*RAFII & ASSOCIATES, P.C.*
EXCELLENCE | COMMITMENT | RESULTS

1. Plaintiff shall file his response to Defendant's Motion to Compel Arbitration on or before January 21, 2025; and

2. Defendant shall file its reply in support of its Motion to Compel Arbitration on or before February 7, 2025.

This is the first request for extension of time with respect to Plaintiff's response memorandum and Defendant's reply to Defendant's Motion to Compel Arbitration and is made in good faith and not for the purpose of delay.

WHEREAS pursuant to Local Rule 16-6, and the Notice from the Clerk of Court, the Parties are obligated to notify the Court if they are subject to mandatory arbitration or if they agree to arbitrate.

1. Plaintiff's position is that they are not subject to mandatory arbitration and that they do not agree to arbitration.

2. Defendants' position is that Plaintiff entered into a valid and enforceable arbitration agreement requiring him to arbitrate the claims alleged in his Complaint as set forth in Defendant's Motion to Compel Arbitration. (ECF No. 6.)

Dated: January 7, 2025

_/s/ Rachel Mariner___
RACHEL MARINER
JASON KULLER
RAFII & ASSOCIATES, PC

_/s/ Noel M. Hernandez____
NOEL M. HERNANDEZ
ANTHONY L. MARTIN
OGLETREE, DEAKINS

*Attorneys for Plaintiff*

RUBEN MAYA

*Attorneys for Defendant*

CARMAX AUTO SUPERSTORES, INC

**IT IS SO ORDERED.**

Dated:  January 7, 2025

_____
US District Judge

2

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE**

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE**
87398767.v1-OGLETREE