UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN MAYA,<br><br>    Plaintiff(s),<br><br>v.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>    Defendant(s). | Case No. 2:24-cv-02388-GMN-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Although a motion to compel arbitration was filed, Docket No. 6, Defendant has not to date filed a separate motion to stay discovery pending resolution of that motion, *see Arik v. Meyers*, 2020 WL 515843, at *1-2 (D. Nev. Jan. 31, 2020) (identifying governing standards).[1] If Defendant seeks a stay of discovery, a separate request with robust discussion of the governing standards must be filed by March 10, 2025. If such a motion is not filed, the parties must file a joint proposed discovery plan by March 17, 2025.

    IT IS SO ORDERED.

    Dated: March 3, 2025

                                            Nancy J. Koppe<br>
                                            United States Magistrate Judge

---

[1] Some portions of the underlying motion practice may touch on these issues, *see* Docket No. 6 at 9-10, but a separate motion specific to this request for relief has not been filed, *cf.* Local Rule IC 2-2(b).

1