Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez @ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant CarMax Auto Superstores, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RUBEN MAYA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-02388-GMN-NJK<br><br>**JOINT STATUS REPORT** |

Pursuant to the Minutes of the Court dated March 16, 2026, (ECF No. 25), Defendant CarMax Auto Superstores, Inc. ("Defendant"), and Plaintiff Ruben Maya ("Plaintiff") (collectively the "Parties"), by and through their respective undersigned counsel, submit the following Joint Status Report:

**I. <u>Status of Action</u>:**

On November 13, 2024, Plaintiff filed an action against Defendant in the Eighth Judicial District Court of the State of Nevada, Case No. A-24-906019-C (the "Complaint"). (ECF No. 1-2.) Plaintiff served Defendant with the Summons and Complaint on November 21, 2024. On December 5, 2024, Plaintiff filed an Amended Complaint. (ECF No. 1-4.) Plaintiff served Defendant with the Amended Complaint on December 6, 2024. On December 20, 2024, Defendant removed this action

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

to the United States District Court for the District of Nevada based on federal question jurisdiction. (ECF No. 1.)

Defendant filed its Motion to Compel Arbitration and Stay Proceedings and for Costs/Attorneys Fees on December 27, 2024. (ECF No. 5.) On September 12, 2025, the Court Granted, in Part, Defendant's Motion to Compel Arbitration. (ECF No. 21.) Specifically, the Court granted Defendant's Motion as it relates to compelling arbitration and stayed the case pending arbitration proceedings and denied the Motion as it relates to Defendant's request for attorney's fees. (ECF No. 21.)

On December 10, 2025, Plaintiff executed the Arbitration Request Form. Defendant responded on December 31, 2025. On January 28, 2026, National Arbitration and Mediation appointed Arbitrator James Chrisman as the arbitrator for this matter. The arbitration is set for September 1, 2026 to September 3, 2026.

## II. Statement of Action Required To Be Taken By This Court:

This case is stayed and there is no action required by the Court. (ECF No. 21.)

## III. Pending Motions:

There are no pending motions.

DATED this 15th day of June, 2026.

RAFII & ASSOCIATES, P.C.

*/s/ Ciara Alagao*

Jason Kuller
Nevada Bar No. 12244
Rachel Mariner
Nevada Bar No. 16728
Ciara Alagao
Nevada Bar No. 16789
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89128

*Attorneys for Plaintiff*

DATED this 15th day of June, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Noel M. Hernandez*

Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant CarMax Auto Superstores, Inc.*